IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THOMAS W. LOVEGROVE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OCWEN HOME LOANS SERVICING, ) <br> LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 7:14-cv-00329-MFU |

## DECLARATION OF WELLS FARGO BANK, N.A.

1. I, Timothy J. Lindquist, am employed by Wells Fargo Bank, N.A. ("Wells Fargo") as a paralegal.

2. I am over the age of 18, competent, and have personal knowledge of the facts contained in this Declaration based upon a review of the records of Wells Fargo.

3. I am authorized to execute this Declaration on behalf of Wells Fargo.

4. I have reviewed the Declaration of Joe Crandall, attached as Exhibit 1 to this Declaration.

5. I have conducted or caused to be conducted a review of the records of Wells Fargo for all materials related to applications for lending made to Wells Fargo by Thomas Lovegrove and BayWatch Development Corporation in the years 2012 and 2013, as referenced in Mr. Crandall's Declaration.

6. Through a search of Wells Fargo's records, I have not been able to locate any denial notice as identified in Mr. Crandall's Declaration.

**EXHIBIT F**

7. Through a search of Wells Fargo's records, I have not been able to locate any application for a loan, line of credit or other form of request for lending made to Wells Fargo by Thomas Lovegrove or BayWatch Development Corporation in the years 2012 or 2013 (as identified in Mr. Crandall's Declaration).

8. If called to testify at trial, a corporate representative of Wells Fargo will not be in a position, based upon a review of the records of Wells Fargo, to offer any testimony concerning any loan application, request for a line of credit, or other request for lending made to Wells Fargo by Mr. Lovegrove or BayWatch Development Corporation in the years 2012 and 2013.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2015.

_____