IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

THOMAS W. LOVEGROVE,              )
                                  )
          Plaintiff,              )
                                  )
vs.                               )          Civil Action No. 7:14-cv-00329-MFU
                                  )
OCWEN HOME LOANS SERVICING,       )
LLC,                              )
                                  )
          Defendant.              )
                                  )

## DECLARATION OF WELLS FARGO BANK, N.A.

1.     I, Samia Salmon Echanique, am employed by Wells Fargo Bank, N.A. ("Wells Fargo") as Regional Banking Store Manager.

2.     I am over the age of 18, competent, and have personal knowledge of the facts contained in this Declaration based upon a review of the records of Wells Fargo.

3.     I am authorized to execute this Declaration on behalf of Wells Fargo.

4.     I have reviewed the Declaration of Joe Crandall, attached as Exhibit 1 to this Declaration.

5.     Mr. Crandall was not authorized by Wells Fargo to make a Declaration in this case, and did not have authority to make the statements in his Declaration on behalf of Wells Fargo.

6.     The Declaration from Mr. Crandall should not be considered as a statement by Wells Fargo.

7.     Wells Fargo does not adopt the statements made by Mr. Crandall in his Declaration.

**EXHIBIT G**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2015.