| | | |
|---|---|---|
| Start Date | 9/1/2011 | |
| End Date | 9/30/2014 | |
| Number of Days to Complete a Store | 60 | |
| Intitial Number of Stores per Period | 2 | |
| Revenue per Store | $ 100,000.00 | <== Average over the total stores built |
| Cost per Store | $ 60,000.00 | <== Average over the total stores built |
| Economy of Scale efficiencies (annual) | 2.50% | <== Average over the total stores built |
| Cost of Capital (annual) | 3.25% | <== Using Prime Rate Here - This is a draconian assumption given where 90day rolling credit was over this period. |
| Investment Rate (annual) | 9.30% | <==This is the average annual return from a conservative 60 (MSCI ACWI)/40 (Aggregate) allocation over this period. |
| Revenue Growth Per Store (per period) | 0.50% | |

| Period | Revenue Per Store | Cost Per Store | Profit Per Store | Number of Stores Per Period | Total Profit | Days Remaining | Current Value of Investable Profit | Accumulated Profit | Total Stores Built |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 100,000.00 | $ 60,000.00 | $ 40,000.00 | 2 | $ 80,000.00 | 1065 | $ 104,935.75 | $ 104,935.75 | 2 |
| 2 | $ 100,500.00 | $ 60,073.97 | $ 40,426.03 | 2 | $ 80,852.05 | 1005 | $ 104,444.61 | $ 209,380.36 | 4 |
| 3 | $ 101,002.50 | $ 60,148.04 | $ 40,854.46 | 3 | $ 122,563.39 | 945 | $ 155,925.53 | $ 365,305.89 | 7 |
| 4 | $ 101,507.51 | $ 60,222.19 | $ 41,285.32 | 3 | $ 123,855.96 | 885 | $ 155,179.69 | $ 520,485.58 | 10 |
| 5 | $ 102,015.05 | $ 60,296.44 | $ 41,718.61 | 4 | $ 166,874.45 | 825 | $ 205,906.14 | $ 726,391.71 | 14 |
| 6 | $ 102,525.13 | $ 60,370.78 | $ 42,154.35 | 5 | $ 210,771.75 | 765 | $ 256,125.81 | $ 982,517.52 | 19 |
| 7 | $ 103,037.75 | $ 60,445.21 | $ 42,592.55 | 5 | $ 212,962.73 | 705 | $ 254,862.56 | $ 1,237,380.08 | 24 |
| 8 | $ 103,552.94 | $ 60,519.73 | $ 43,033.21 | 6 | $ 258,199.27 | 645 | $ 304,311.91 | $ 1,541,691.99 | 30 |
| 9 | $ 104,070.70 | $ 60,594.34 | $ 43,476.36 | 7 | $ 304,334.55 | 585 | $ 353,245.54 | $ 1,894,937.53 | 37 |
| 10 | $ 104,591.06 | $ 60,669.05 | $ 43,922.01 | 9 | $ 395,298.11 | 525 | $ 451,868.07 | $ 2,346,805.60 | 46 |
| 11 | $ 105,114.01 | $ 60,743.84 | $ 44,370.17 | 10 | $ 443,701.70 | 465 | $ 499,504.62 | $ 2,846,310.22 | 56 |
| 12 | $ 105,639.58 | $ 60,818.73 | $ 44,820.85 | 12 | $ 537,850.20 | 405 | $ 596,308.84 | $ 3,442,619.06 | 68 |
| 13 | $ 106,167.78 | $ 60,893.72 | $ 45,274.07 | 14 | $ 633,836.92 | 345 | $ 692,068.28 | $ 4,134,687.34 | 82 |
| 14 | $ 106,698.62 | $ 60,968.79 | $ 45,729.83 | 17 | $ 777,407.12 | 285 | $ 835,952.14 | $ 4,970,639.48 | 99 |
| 15 | $ 107,232.11 | $ 61,043.96 | $ 46,188.16 | 19 | $ 877,574.97 | 225 | $ 929,348.55 | $ 5,899,988.03 | 118 |
| 16 | $ 107,768.27 | $ 61,119.22 | $ 46,649.06 | 23 | $ 1,072,928.32 | 165 | $ 1,118,991.02 | $ 7,018,979.04 | 141 |
| 17 | $ 108,307.12 | $ 61,194.57 | $ 47,112.55 | 27 | $ 1,272,038.75 | 105 | $ 1,306,525.01 | $ 8,325,504.05 | 168 |
| 18 | $ 108,848.65 | $ 61,270.01 | $ 47,578.64 | 32 | $ 1,522,516.37 | 45 | $ 1,540,071.38 | $ 9,865,575.43 | 200 |



EXHIBIT H

| Parameter | Value | Note |
|---|---|---|
| Start Date | 9/1/2011 | |
| End Date | 9/30/2014 | |
| Number of Days to Complete a Store | 30 | |
| Initial Number of Stores per Period | 2 | |
| Revenue per Store | $100,000.00 | <== Average over the total stores built |
| Cost per Store | $60,000.00 | <== Average over the total stores built |
| Economy of Scale efficiencies (annual) | 2.50% | <== Average over the total stores built |
| Cost of Capital (annual) | 3.25% | <== Using Prime Rate Here - This is a draconian assumption given where 90day rolling credit was over this period. |
| Investment Rate (annual) | 9.30% | <== This is the average annual return from a conservative 60 (MSCI ACWI)/40 (Aggregate) allocation over this period. |
| Revenue Growth Per Store (per period) | 0.50% | |

| Period | Per Store Revenue | Per Store Cost | Per Store Profit | Number of Stores Per Period | Total Profit | Days Remaining | Current Value of Investable Profit | Accumulated Profit | Total Stores Built |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $100,000.00 | $60,000.00 | $40,000.00 | 2 | $80,000.00 | 1095 | $105,740.83 | $105,740.83 | 2 |
| 2 | $100,500.00 | $60,036.99 | $40,463.01 | 2 | $80,926.03 | 1065 | $106,150.41 | $211,891.24 | 4 |
| 3 | $101,002.50 | $60,074.00 | $40,928.50 | 2 | $81,857.01 | 1035 | $106,554.08 | $318,445.33 | 6 |
| 4 | $101,507.51 | $60,111.03 | $41,396.49 | 3 | $124,189.46 | 1005 | $160,427.82 | $478,873.15 | 9 |
| 5 | $102,015.05 | $60,148.08 | $41,866.97 | 3 | $125,600.90 | 975 | $161,015.80 | $639,888.95 | 12 |
| 6 | $102,525.13 | $60,185.16 | $42,339.97 | 3 | $127,019.90 | 945 | $161,595.11 | $801,484.06 | 15 |
| 7 | $103,037.75 | $60,222.26 | $42,815.49 | 3 | $128,446.47 | 915 | $162,165.85 | $963,649.90 | 18 |
| 8 | $103,552.94 | $60,259.38 | $43,293.56 | 3 | $129,880.67 | 885 | $162,728.07 | $1,126,377.97 | 21 |
| 9 | $104,070.70 | $60,296.53 | $43,774.17 | 4 | $175,096.70 | 855 | $217,709.14 | $1,344,087.11 | 25 |
| 10 | $104,591.06 | $60,333.70 | $44,257.36 | 4 | $177,029.44 | 825 | $218,436.36 | $1,562,523.48 | 29 |
| 11 | $105,114.01 | $60,370.89 | $44,743.12 | 4 | $178,972.49 | 795 | $219,152.53 | $1,781,676.00 | 33 |
| 12 | $105,639.58 | $60,408.11 | $45,231.48 | 5 | $226,157.39 | 765 | $274,822.15 | $2,056,498.15 | 38 |
| 13 | $106,167.78 | $60,445.34 | $45,722.44 | 5 | $228,612.19 | 735 | $275,690.04 | $2,332,188.19 | 43 |
| 14 | $106,698.62 | $60,482.60 | $46,216.02 | 5 | $231,080.08 | 705 | $276,544.45 | $2,608,732.64 | 48 |
| 15 | $107,232.11 | $60,519.89 | $46,712.23 | 6 | $280,273.35 | 675 | $332,862.59 | $2,941,595.23 | 54 |
| 16 | $107,768.27 | $60,557.19 | $47,211.08 | 6 | $283,266.47 | 645 | $333,855.94 | $3,275,451.17 | 60 |
| 17 | $108,307.12 | $60,594.52 | $47,712.59 | 7 | $333,988.13 | 615 | $390,639.11 | $3,666,090.28 | 67 |
| 18 | $108,848.65 | $60,631.88 | $48,216.77 | 7 | $337,517.41 | 585 | $391,761.37 | $4,057,851.65 | 74 |
| 19 | $109,392.89 | $60,669.25 | $48,723.64 | 8 | $389,789.13 | 555 | $448,989.20 | $4,506,840.85 | 82 |
| 20 | $109,939.86 | $60,706.65 | $49,233.21 | 9 | $443,098.86 | 525 | $506,509.45 | $5,013,350.30 | 91 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21 | $ 110,489.56 | $ 60,744.07 | $ 49,745.48 | 9 | $ 447,709.35 | 495 | $ 507,883.19 | $ 5,521,233.49 | 100 |
| 22 | $ 111,042.01 | $ 60,781.52 | $ 50,260.49 | 10 | $ 502,604.86 | 465 | $ 565,815.85 | $ 6,087,049.34 | 110 |
| 23 | $ 111,597.22 | $ 60,818.99 | $ 50,778.23 | 11 | $ 558,560.51 | 435 | $ 624,021.27 | $ 6,711,070.61 | 121 |
| 24 | $ 112,155.20 | $ 60,856.48 | $ 51,298.72 | 12 | $ 615,584.68 | 405 | $ 682,492.24 | $ 7,393,562.85 | 133 |
| 25 | $ 112,715.98 | $ 60,893.99 | $ 51,821.99 | 12 | $ 621,863.82 | 375 | $ 684,204.54 | $ 8,077,767.39 | 145 |
| 26 | $ 113,279.56 | $ 60,931.53 | $ 52,348.03 | 13 | $ 680,524.36 | 345 | $ 743,044.94 | $ 8,820,812.33 | 158 |
| 27 | $ 113,845.96 | $ 60,969.09 | $ 52,876.86 | 15 | $ 793,152.97 | 315 | $ 859,427.23 | $ 9,680,239.56 | 173 |
| 28 | $ 114,415.19 | $ 61,006.67 | $ 53,408.51 | 16 | $ 854,536.18 | 285 | $ 918,889.64 | $ 10,599,129.20 | 189 |
| 29 | $ 114,987.26 | $ 61,044.28 | $ 53,942.98 | 17 | $ 917,030.66 | 255 | $ 978,582.64 | $ 11,577,711.84 | 206 |
| 30 | $ 115,562.20 | $ 61,081.91 | $ 54,480.29 | 18 | $ 980,645.15 | 225 | $ 1,038,499.48 | $ 12,616,211.31 | 224 |
| 31 | $ 116,140.01 | $ 61,119.56 | $ 55,020.44 | 20 | $ 1,100,408.88 | 195 | $ 1,156,456.31 | $ 13,772,667.62 | 244 |
| 32 | $ 116,720.71 | $ 61,157.24 | $ 55,563.47 | 21 | $ 1,166,832.82 | 165 | $ 1,216,927.00 | $ 14,989,594.62 | 265 |
| 33 | $ 117,304.31 | $ 61,194.94 | $ 56,109.37 | 23 | $ 1,290,515.54 | 135 | $ 1,335,672.17 | $ 16,325,266.79 | 288 |
| 34 | $ 117,890.83 | $ 61,232.66 | $ 56,658.17 | 25 | $ 1,416,454.25 | 105 | $ 1,454,855.76 | $ 17,780,122.55 | 313 |
| 35 | $ 118,480.29 | $ 61,270.41 | $ 57,209.88 | 27 | $ 1,544,666.71 | 75 | $ 1,574,464.67 | $ 19,354,587.22 | 340 |
| 36 | $ 119,072.69 | $ 61,308.18 | $ 57,764.51 | 29 | $ 1,675,170.80 | 45 | $ 1,694,485.95 | $ 21,049,073.17 | 369 |
| 37 | $ 119,668.05 | $ 61,345.97 | $ 58,322.08 | 31 | $ 1,807,984.51 | 15 | $ 1,814,906.81 | $ 22,863,979.98 | 400 |

| | | |
|---|---|---|
| Start Date | 9/1/2011 | |
| End Date | 9/30/2014 | |
| Number of Days to Complete a Store | 30 | |
| Initial Number of Stores per Period | 2 | |
| Revenue per Store | $ 100,000.00 | <== Average over the total stores built |
| Cost per Store | $ 60,000.00 | <== Average over the total stores built |
| Economy of Scale efficiencies (annual) | 2.50% | <== Average over the total stores built |
| Cost of Capital (annual) | 3.25% | <== Using Prime Rate Here - This is a draconian assumption given where 90day rolling credit was over this period. |
| Investment Rate (annual) | 9.30% | <== This is the average annual return from a conservative 60 (MSCI ACWI)/40 (Aggregate) allocation over this period. |
| Revenue Growth Per Store (per period) | 0.50% | |

| Period | Per Store | | | Number of Stores Per Period | Total Profit | Days Remaining | Present Value of Investable Profit | Accumulated Profit | Total Stores Built |
|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Cost | Profit | | | | | | |
| 1 | $ 100,000.00 | $ 60,000.00 | $ 40,000.00 | 2 | $ 80,000.00 | 1095 | $ 105,740.83 | $ 105,740.83 | 2 |
| 2 | $ 100,500.00 | $ 60,036.99 | $ 40,463.01 | 2 | $ 80,926.03 | 1065 | $ 106,150.41 | $ 211,891.24 | 4 |
| 3 | $ 101,002.50 | $ 60,074.00 | $ 40,928.50 | 2 | $ 81,857.01 | 1035 | $ 106,554.08 | $ 318,445.33 | 6 |
| 4 | $ 101,507.51 | $ 60,111.03 | $ 41,396.49 | 2 | $ 82,792.97 | 1005 | $ 106,951.88 | $ 425,397.21 | 8 |
| 5 | $ 102,015.05 | $ 60,148.08 | $ 41,866.97 | 2 | $ 83,733.94 | 975 | $ 107,343.86 | $ 532,741.07 | 10 |
| 6 | $ 102,525.13 | $ 60,185.16 | $ 42,339.97 | 3 | $ 127,019.90 | 945 | $ 161,595.11 | $ 694,336.18 | 13 |
| 7 | $ 103,037.75 | $ 60,222.26 | $ 42,815.49 | 3 | $ 128,446.47 | 915 | $ 162,165.85 | $ 856,502.03 | 16 |
| 8 | $ 103,552.94 | $ 60,259.38 | $ 43,293.56 | 3 | $ 129,880.67 | 885 | $ 162,728.07 | $ 1,019,230.10 | 19 |
| 9 | $ 104,070.70 | $ 60,296.53 | $ 43,774.17 | 3 | $ 131,322.52 | 855 | $ 163,281.86 | $ 1,182,511.96 | 22 |
| 10 | $ 104,591.06 | $ 60,333.70 | $ 44,257.36 | 3 | $ 132,772.08 | 825 | $ 163,827.27 | $ 1,346,339.23 | 25 |
| 11 | $ 105,114.01 | $ 60,370.89 | $ 44,743.12 | 3 | $ 134,229.37 | 795 | $ 164,364.39 | $ 1,510,703.62 | 28 |
| 12 | $ 105,639.58 | $ 60,408.11 | $ 45,231.48 | 3 | $ 135,694.43 | 765 | $ 164,893.29 | $ 1,675,596.91 | 31 |
| 13 | $ 106,167.78 | $ 60,445.34 | $ 45,722.44 | 4 | $ 182,889.75 | 735 | $ 220,552.03 | $ 1,896,148.94 | 35 |
| 14 | $ 106,698.62 | $ 60,482.60 | $ 46,216.02 | 4 | $ 184,864.06 | 705 | $ 221,235.56 | $ 2,117,384.50 | 39 |
| 15 | $ 107,232.11 | $ 60,519.89 | $ 46,712.23 | 4 | $ 186,848.90 | 675 | $ 221,908.40 | $ 2,339,292.90 | 43 |
| 16 | $ 107,768.27 | $ 60,557.19 | $ 47,211.08 | 4 | $ 188,844.32 | 645 | $ 222,570.63 | $ 2,561,863.52 | 47 |
| 17 | $ 108,307.12 | $ 60,594.52 | $ 47,712.59 | 4 | $ 190,850.36 | 615 | $ 223,222.35 | $ 2,785,085.87 | 51 |
| 18 | $ 108,848.65 | $ 60,631.88 | $ 48,216.77 | 5 | $ 241,083.87 | 585 | $ 279,829.55 | $ 3,064,915.42 | 56 |
| 19 | $ 109,392.89 | $ 60,669.25 | $ 48,723.64 | 5 | $ 243,618.20 | 555 | $ 280,618.25 | $ 3,345,533.67 | 61 |
| 20 | $ 109,939.86 | $ 60,706.65 | $ 49,233.21 | 5 | $ 246,166.03 | 525 | $ 281,394.14 | $ 3,626,927.81 | 66 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | $ 110,489.56 | $ 60,744.07 | $ 49,745.48 | 5 | $ 248,727.42 | 495 | $ 282,157.33 | $ 3,909,085.14 | 71 |
| 22 | $ 111,042.01 | $ 60,781.52 | $ 50,260.49 | 6 | $ 301,562.92 | 465 | $ 339,489.51 | $ 4,248,574.65 | 77 |
| 23 | $ 111,597.22 | $ 60,818.99 | $ 50,778.23 | 6 | $ 304,669.37 | 435 | $ 340,375.24 | $ 4,588,949.89 | 83 |
| 24 | $ 112,155.20 | $ 60,856.48 | $ 51,298.72 | 6 | $ 307,792.34 | 405 | $ 341,246.12 | $ 4,930,196.01 | 89 |
| 25 | $ 112,715.98 | $ 60,893.99 | $ 51,821.99 | 6 | $ 310,931.91 | 375 | $ 342,102.27 | $ 5,272,298.28 | 95 |
| 26 | $ 113,279.56 | $ 60,931.53 | $ 52,348.03 | 7 | $ 366,436.19 | 345 | $ 400,101.12 | $ 5,672,399.40 | 102 |
| 27 | $ 113,845.96 | $ 60,969.09 | $ 52,876.86 | 7 | $ 370,138.05 | 315 | $ 401,066.04 | $ 6,073,465.44 | 109 |
| 28 | $ 114,415.19 | $ 61,006.67 | $ 53,408.51 | 7 | $ 373,859.58 | 285 | $ 402,014.22 | $ 6,475,479.66 | 116 |
| 29 | $ 114,987.26 | $ 61,044.28 | $ 53,942.98 | 8 | $ 431,543.84 | 255 | $ 460,509.48 | $ 6,935,989.13 | 124 |
| 30 | $ 115,562.20 | $ 61,081.91 | $ 54,480.29 | 8 | $ 435,842.29 | 225 | $ 461,555.32 | $ 7,397,544.46 | 132 |
| 31 | $ 116,140.01 | $ 61,119.56 | $ 55,020.44 | 8 | $ 440,163.55 | 195 | $ 462,582.52 | $ 7,860,126.98 | 140 |
| 32 | $ 116,720.71 | $ 61,157.24 | $ 55,563.47 | 9 | $ 500,071.21 | 165 | $ 521,540.14 | $ 8,381,667.12 | 149 |
| 33 | $ 117,304.31 | $ 61,194.94 | $ 56,109.37 | 9 | $ 504,984.34 | 135 | $ 522,654.33 | $ 8,904,321.45 | 158 |
| 34 | $ 117,890.83 | $ 61,232.66 | $ 56,658.17 | 10 | $ 566,581.70 | 105 | $ 581,942.30 | $ 9,486,263.75 | 168 |
| 35 | $ 118,480.29 | $ 61,270.41 | $ 57,209.88 | 10 | $ 572,098.78 | 75 | $ 583,135.06 | $ 10,069,398.82 | 178 |
| 36 | $ 119,072.69 | $ 61,308.18 | $ 57,764.51 | 11 | $ 635,409.61 | 45 | $ 642,736.05 | $ 10,712,134.87 | 189 |
| 37 | $ 119,668.05 | $ 61,345.97 | $ 58,322.08 | 11 | $ 641,542.89 | 15 | $ 643,999.19 | $ 11,356,134.06 | 200 |