Page 1

1        IN THE UNITED STATES DISTRICT COURT FOR THE
                WESTERN DISTRICT OF VIRGINIA
2                    ROANOKE DIVISION
3
4
    THOMAS W. LOVEGROVE,          )
5                                 )
                Plaintiff,        )
6                                 )
    vs.                           )    CIVIL NO. 7:14-CV-00329-MFU
7                                 )
    OCWEN HOME LOANS SERVICING,   )
8   L.L.C.,                       )
                                  )
9               Defendant.        )
    ---------------------------

10
11
12
13
14
15                    DEPOSITION OF
16                      DEREK CHA
                        ---------
17
                 June 1, 2015 - 12:00 p.m.
18
                    Richmond, Virginia
19
20
21
22
23
24                                        EXHIBIT I
25

Page 2

1                    A P P E A R A N C E S

2

3

 FOR THE PLAINTIFF:

4

 Gary M. Bowman, Esquire

5 2728 Colonial Avenue
 Suite 100

6 Roanoke, Virginia 24015
 (540)343-1173

7

8

 FOR THE DEFENDANT:

9

 GOODELL, DEVRIES, LEECH & DANN, L.L.P.

10 By: Christopher M. Corchiarino, Esquire
 One South Street

11 20th Floor
 Baltimore, Maryland 21202

12 (410)783-4000
 cxc@gdldlaw.com

13 cwohlfort@gdldlaw.com

14

15

16 Also Present:  Thomas W. Lovegrove

17

18

19

20

21

22

23

24

25

Page 37

1    you began discussing an exclusivity contract?

2            A.    I believe so.

3            Q.    And then over the course of that year it was

4    just talk, nothing was ever reduced to any writing anywhere?

5            A.    I think that would be correct.

6            Q.    As part of those negotiations, did SweetFrog

7    ever ask for any documents from BayWatch about his ability

8    to perform on an exclusivity contract?

9            A.    No.

10           Q.    Did you talk with any lawyers about drafting

11   out an agreement for an exclusivity contract?

12           A.    No.

13           Q.    So it's more of just an agreement to agree at

14   that point in time?

15           A.    I believe so.

16           Q.    Where you say here, "Which would have numbered

17   at least 250 stores," you did not build 250 stores since

18   2013?

19           A.    By the end of 2014 we had over 350 stores.

20           Q.    Right, but between October of 2013 and at the

21   end of 2014 you did not build 250 company stores?

22           A.    No.

23           Q.    It was 25 or less stores during that period of

24   time?

25           A.    That's correct.

Page 38

1          Q.    And do you know when the contracts for those

2     stores were entered into?

3          A.    The contracts for which?

4          Q.    The 25 stores that you built between October

5     of 2013 and the end of 2014.

6          A.    No, I don't.

7          Q.    How would the process have worked if you had

8     chosen to use just BayWatch as the contractor for all the

9     remaining stores?

10         A.    We would have -- if Tom were to extend credit

11    to our corporate stores and also to our franchisees, then we

12    would enter into contract for each location.  He would give

13    us the terms, and then we will sign the contract.

14         Q.    So it would still be up for review with each

15    new location?

16         A.    Each location would have been differently

17    priced, so yes.

18         Q.    I mean, if he came back with a bid that was a

19    lot more expensive than the prior bid, he might have not

20    been used for future store locations?

21         A.    That is correct.

22         Q.    And if he wasn't able to appropriately staff,

23    he would not have been able to get future contracts?

24         A.    That is correct.

25         Q.    And if he wasn't able to get the proper

```
                                                    Page 39
 1    licensing in another state, he would not have been able to
 2    get that contract?
 3              A.    Yes, of course.
 4              Q.    There are a variety of factors that would
 5    have -- unknown factors that could have come into play,
 6    correct?
 7              A.    That is correct.
 8              Q.    And you personally didn't review any of those
 9    materials?
10              A.    No.
11              Q.    That was not part of your job, correct?
12              A.    No.
13              Q.    That was Jerry's job, to review that?
14              A.    Yes.
15              Q.    Not something you have personal knowledge to
16    be able to speak about?
17              A.    That's correct.
18              Q.    Do you know the name Barry Pruitt?
19              A.    Yes.
20              Q.    Who is Barry Pruitt?
21              A.    He is a contractor.
22              Q.    A contractor that SweetFrog used?
23              A.    Yes.
24              Q.    Why did you use Barry Pruitt?
25              A.    Because Jerry hired him.
```