IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THOMAS W. LOVEGROVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 7:14-cv-00329-MFU |
| | ) |
| OCWEN HOME LOAN SERVICING, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER GRANTING DEFENDANT'S MOTION IN LIMINE

Upon consideration of Defendant Ocwen Loan Servicing, LLC's Motion *in limine* to preclude Plaintiff Thomas W. Lovegrove from offering evidence, testimony and argument regarding Lovegrove's claim for actual and emotional damages under the Fair Credit Reporting Act, and Opposition from the Plaintiff it is hereby ORDERED that the Motion is GRANTED.

Dated: July ___, 2015

_____
Judge Michael Francis Urbanski

Cc:  All Counsel of Record